\*\*E-filed 10/5/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HONESTO,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>DERRAL G. ADAMS, Warden,<br><br>　　　　Respondent. | No. C 06-308 JF (PR)<br><br>ORDER OF DISMISSAL<br>WITH LEAVE TO AMEND |

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. The petition is not cognizable under §2254 because the claims do not allege any federal constitutional violation. Accordingly, the Court will DISMISS the instant petition with leave to amend within thirty days of the date of this order.

**BACKGROUND**

A Santa Clara Superior Court jury convicted Petitioner of second degree murder. Petitioner was sentenced to fifteen years-to-life in state prison. Petitioner challenges the California Board of Prison terms' denial of parole. According to the petition, Petitioner filed a state habeas petition in the state superior court, which was granted in 2004. The

state appellate court reversed the superior court's decision in 2005. The state supreme court denied petitioner's habeas petition in 2005. The instant petition was filed on January 17, 2006.

## DISCUSSION

A.  Standard of Review

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); Rose v. Hodges, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

B.  Petitioner's Claims

As grounds for federal habeas relief, petitioner alleges: (1) violated plea agreement; (2) invalid plea; and (3) no-parole policy. These claims are not cognizable in a federal habeas action because a writ of habeas corpus is available under § 2254(a) "only on the basis of some transgression of federal law binding on the state courts." Middleton v. Cupp, 768 F.2d 1083, 1085 (9th Cir. 1985) (citing Engle v. Isaac, 456 U.S. 107, 119 (1982)), cert. denied, 478 U.S. 1021 (1986). It is unavailable for violations of state law or for alleged error in the interpretation or application of state law. See Estelle v. McGuire, 502 U.S. 62, 67-68 (1991); Engle, 456 U.S. at 119. Petitioner has not specified any violation of federal law in his claims.

The Court notes that Petitioner must exhaust his claims, including the federal basis for each claim, in the state supreme court prior to raising the claims in his federal habeas petition. Federal habeas petitioners are first required to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. 28 U.S.C. § 2254(b),(c); Rose v. Lundy, 455 U.S. 509, 515-

16 (1982); Duckworth v. Serrano, 454 U.S. 1, 3 (1981); McNeeley v. Arave, 842 F.2d 230, 231 (9th Cir. 1988).  The state's highest court must be given an opportunity to rule on the claims even if review is discretionary.  See O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999) (petitioner must invoke "one complete round of the State's established appellate review process").  Therefore, Petitioner cannot present claims to this Court which he has not first raised in the highest state court available, the Supreme Court of California, usually by direct appeal or by way of a state habeas petition.

Accordingly, the court will DISMISS the instant petition and grant Petitioner leave to amend to correct these deficiencies.

## CONCLUSION

1. The petition for a writ of habeas corpus is hereby DISMISSED with leave to amend, as indicated above, within **thirty days** from the date this order is filed.  The amended petition must include the caption and civil case number used in this order (C 06-308 JF (PR)) and the words "AMENDED PETITION" on the first page.  Because an amended petition completely replaces the original petition, Petitioner must include in it all the claims he wishes to present.  Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir.), cert. denied, 113 S. Ct. 321 (1992).  Petitioner must file all supporting documents he wishes to include with the amended petition.  Petitioner must identify the specific claims he is challenging from the underlying state court proceedings.  The amended petition shall be on the Court's form for habeas petitions, **a copy of which is enclosed with Petitioner's copy of this order.**  Petitioner must explain how he has exhausted his claims, that is, what he did to present them first to the highest state court available, which is the Supreme Court of California.  Failure to filed an amended petition within the deadline will result in the dismissal of the instant petition without prejudice.

2. It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so.

1  Failure to comply may result in the dismissal of this action pursuant to Federal Rule of
2  Civil Procedure 41(b).
3      IT IS SO ORDERED.
4  DATED: __10/4/06__                             _____
                                                    JEREMY FOGEL
5                                                      United States District Judge

Order of Dismissal With Leave to Amend
P:\pro-se\sj.jf\hc.06\Honesto308dwlta

1  A copy of this ruling was mailed to the following:

2

3  Peter Honesto
   D-55459
   CSP -SATF V
4  P.O. Box 5248
   900 Quebec
5  Corcoran, CA  93212

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal With Leave to Amend
P:\pro-se\sj.jf\hc.06\Honesto308dwlta