IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HONESTO, | No. C 06-00308 JF (PR) |
| Petitioner, | ORDER DENYING MOTION FOR RENEWED ORDER |
| v. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |
| | (Docket No. 61) |

  The instant habeas petition under 28 U.S.C. § 2254 was dismissed as untimely on March 7, 2011. (Docket No. 37.) The Ninth Circuit denied Petitioner's request for a certificate of appealability on June 26, 2012. (Docket No. 52.) The Supreme Court denied a motion for rehearing on November 26, 2012. (Docket No. 56.) Because there was no further relief available to Petitioner in this matter, the Court denied his motion to reopen this action on July 14, 2014. (Docket No. 58.)

  Petitioner has filed a "motion for a renewed July 14, 2014, order as applied to due process for appeal on the grounds Chino State Prison mailroom [*sic*] denied Petitioner due process of law as applied to the mailbox rule to file a timely appeal when failing to log Petitioner['s] Notice of appeal to the Ninth Circuit Court of Appeals." (Docket No. 61.) Even if this allegation is true, it is no basis to reopen this matter

Order Denying Motion
P:\PRO-SE\EJD\OLDER CASES\06-308Honesto_motion2(JF).wpd

because no further relief is available to Petitioner with respect habeas action. Furthermore, it appears that Petitioner's appeal was not denied as untimely but on the merits. (See Docket No. 52, citing 28 U.S.C. § 2253(c)(2) ("A certificate of appealability may issue... only if the applicant has made a substantial showing of the denial of a constitutional right.").) Accordingly, the motion for a "renewed" order is **DENIED**.

At most, Petitioner may state a claim for denial of access to the courts pursuant to 42 U.S.C. § 1983, in which case he may file a separate civil rights action to obtain appropriate relief.

No further motions shall be entertained in this closed habeas matter without an order from the Ninth Circuit. See 28 U.S.C. § 2244(b)(3)(A) (petitioner must first obtain an order from the court of appeals authorizing the district court to consider a second or successive petition).

The Clerk shall enclose two copies of the court's form complaint with a copy of this order to Petitioner.

This order terminates Docket No. 61.

DATED: 10/26/2015

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER HONESTO,

    Plaintiff,

v.

DERRAL G. ADAMS, et al.,

    Defendants.

Case No. 5:06-cv-00308-JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/27/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Honesto ID: D-55459
CA State Prison-Avenal
P.O. Box 900
GF4-50 up
Avenal, CA 93204

Dated: 10/27/2015

Susan Y. Soong
Clerk, United States District Court

By: *Elizabeth C Garcia*
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA