IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER HONESTO,<br><br>Petitioner,<br><br>v.<br><br>D. G. ADAMS, Warden<br><br>Respondent. | ) | No. C 06-00308 JF (PR)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

On March 7, 2011, the Court granted Respondent's motion to dismiss this pro se petition for a writ of habeas corpus and entered judgment. (Docket No. 37.) On July 14, 2014, Petitioner filed a motion to reopen the case which the Court denied because there was no further relief available to Petitioner in this matter since the Ninth Circuit had denied Petitioner's request for a certificate of appealability ("COA") and the U.S. Supreme Court denied a motion for rehearing. (Docket No. 63.) The Court also advised Petitioner that a second or successive petition containing previously raised or new claims may not be filed in the district court unless he first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. (Id., citing 28 U.S.C. § 2244(b)(3)(A).)

Petitioner filed a notice of appeal to the Ninth Circuit, which has remanded the matter for the limited purpose of granting or denying a COA on the district court's denial

of Plaintiff's Rule 60(b) motion. (See Docket No. 69.) The COA is DENIED because Petitioner has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" or that "jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The Clerk shall forward this order to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED: 1/14/2016

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER HONESTO,
Plaintiff,

v.

DERRAL G. ADAMS, et al.,
Defendants.

Case No. 5:06-cv-00308-JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/15/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Peter Honesto ID: D-55459
CA State Prison-Chino Facility A, AH-157-UP
P.O. Box 368
Chino, CA 91708

Dated: 1/15/2016

Susan Y. Soong
Clerk, United States District Court

By: Elizabeth C Garcia
Elizabeth Garcia, Deputy Clerk to the
Honorable EDWARD J. DAVILA

United States District Court
Northern District of California